**IN THE UNITED STATES DISTRICT COURT 1:24-cr-31**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02499-CNS

MEHRDAD MEHDIPOUR,

      Petitioner,

v.

JUAN BALTAZAR, Warden of Denver Contract Detention Facility,
GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, U.S. Immigration
and Customs Enforcement,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of United States District Judge Charlotte N. Sweeney entered on June 17, 2026, [ECF No. 9] it is

ORDERED that the Petition for a Writ of Habeas Corpus and for Relief Under the Administrative Procedure Act or Under 42 U.S.C. Section 1983 or Under the U.S. Constitution, [ECF No. 2] is DENIED without prejudice. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 17th day of June, 2026.

            FOR THE COURT:
            JEFFREY P. COLWELL, CLERK

            By:  s/  J. Dynes
                J. Dynes, Deputy Clerk